**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCBG MAX AZRIA GLOBAL HOLDINGS, LLC, *et al.*,[1] | ) ) ) | Case No. 17-10466 (SCC) |
| | ) | |
| Debtors. | ) ) | (Jointly Administered) |
| | ) | |
| MAX AZRIA and LUBOV AZRIA, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | Adv. Proc. No. 17-01040 (SCC) |
| BCBG MAX AZRIA GLOBAL HOLDINGS, LLC, BCBG MAX AZRIA GROUP, LLC, BCBG MAX AZRIA INTERMEDIATE HOLDINGS, LLC, MAX RAVE, LLC, and MLA MULTIBRAND HOLDINGS, LLC, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

**Part 1:**    **Identify the appellant**

1. Name of appellant:

    Lubov Azria

2. Position of appellant in the adversary proceeding that is the subject of this appeal:

    Plaintiff in the adversary proceeding

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: BCBG Max Azria Global Holdings, LLC (6857); BCBG Max Azria Group, LLC (5942); BCBG Max Azria Intermediate Holdings, LLC (3673); BCBG MaxAzria International Holdings, Inc. (0977); Max Rave, LLC (9200); and MLA Multibrand Holdings, LLC (3854). The location of the Debtors' service address is: 2761 Fruitland Avenue, Vernon, California 90058.

Official Form 417A    Notice of Appeal and Statement of Election

**Part 2:**     **Identify the subject of this appeal**

    1.   Describe the judgment, order, or decree appealed from:

        *Order and Declaratory Judgment in Adversary Proceeding*

        [Adversary Docket No. 17]

    2.   State the date on which the judgment, order, or decree was entered:

        Order Entered May 9, 2017 (Signed May 8, 2017)

**Part 3:**     **Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys:

    1.   Party / Attorney:

        Max Azria (Plaintiff / Non-Appellant)

        Represented by Robert J. Pfister, Klee, Tuchin, Bogdanoff & LLP,

        1999 Avenue of the Stars, Suite 3900, Los Angeles, California 90067;

        310-407-4065

    2.   Party / Attorney:

        BCBG Max Azria Global Holdings, LLC (Defendant /Appellee)

        Represented by Joshua A. Sussberg, P.C., Kirkland & Ellis LLP,

        601 Lexington Avenue, New York, New York 10022; (212) 446-4800

    3.   Party / Attorney:

        BCBG Max Azria Group, LLC (Defendant /Appellee)

        Represented by Joshua A. Sussberg, P.C., Kirkland & Ellis LLP,

        601 Lexington Avenue, New York, New York 10022; (212) 446-4800

4. Party / Attorney:

    BCBG Max Azria Intermediate Holdings, LLC (Defendant /Appellee)

    Represented by Joshua A. Sussberg, P.C., Kirkland & Ellis LLP,

    601 Lexington Avenue, New York, New York 10022; (212) 446-4800

5. Party / Attorney:

    BCBG Max Azria International Holdings, Inc. (Defendant /Appellee)

    Represented by Joshua A. Sussberg, P.C., Kirkland & Ellis LLP,

    601 Lexington Avenue, New York, New York 10022; (212) 446-4800

6. Party / Attorney:

    Max Rave, LLC (Defendant /Appellee)

    Represented by Joshua A. Sussberg, P.C., Kirkland & Ellis LLP,

    601 Lexington Avenue, New York, New York 10022; (212) 446-4800

7. Party / Attorney:

    MLA Multibrand Holdings, LLC (Defendant /Appellee)

    Represented by Joshua A. Sussberg, P.C., Kirkland & Ellis LLP,

    601 Lexington Avenue, New York, New York 10022; (212) 446-4800

**Part 4:    Optional election to have appeal heard by District Court**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.

    Not Applicable

**Part 5:**     **Sign below**

        */s/ Robert J. Pfister*   May 9, 2017
Thomas E. Patterson
Robert J. Pfister
Sasha M. Gurvitz
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Tel.: (310) 407-4000

    -and-

Martin D. Singer
Todd S. Eagan
LAVELY & SINGER P.C.
2049 Century Park East, Suite 2400
Los Angeles, California 90067
Tel.: (310) 556-3501

*Attorneys for Appellant Lubov Azria*